### DE GRAFFENRIED et al. v. MILLER.

(Supreme Court, Appellate Term.   June 3, 1908.)

Appeal from Municipal Court, Borough of Manhattan, Ninth District.

Action by Gertrude De Graffenried and another against Edward Miller, Jr.   From a judgment for defendant, plaintiffs appeal.   Affirmed.

Argued before GILDERSLEEVE, P. J., and GIEGERICH and GREENBAUM, JJ.

Thornton & Earle, for appellants.

David C. Myers, for respondent.

PER CURIAM.   Judgment affirmed, with costs.   See opinions in appeal No. 117, 110 N. Y. Supp. 826.

GIEGERICH, J.   For the reasons stated in my dissenting opinion in action No. 1 (110 N. Y. Supp. 826), the opinions in which are herewith handed down, the judgment should be reversed, and a new trial ordered, with costs to appellants to abide the event.